UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,  )
                            )
v.                          )   Criminal No. 2:15-cr-51wks
                            )
JACK P. REED, Jr.,          )
          Defendant.        )

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about February 19, 2014, in the District of Vermont, defendant JACK REED knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT TWO

The Grand Jury further charges:

On or about May 8, 2014, in the District of Vermont, defendant JACK REED knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

*Eugenia Cowles* (by JRP)
EUGENIA A.P. COWLES
Acting United States Attorney
Rutland, Vermont
April 22, 2015